# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

REBECCA CARRANZA                                                                              PLAINTIFF

V.                                     NO. 3:13CV00058 JTR

CAROLYN W. COLVIN,                                                                         DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Plaintiff, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED THIS 19th DAY OF February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE